CHRISTOPHER J. CHRISTIE
United States Attorney
MICHAEL A. CHAGARES
Assistant U.S. Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. (973) 645-2839
Fax. (973) 297-2010
email: Michael.Chagares@usdoj.gov
MC5483

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAO, | HON. DICKINSON R. DEBEVOISE |
| Plaintiff(s), | Civil Action No. 01-1536 |
| v. | NOTICE OF SUBSTITUTION OF COUNSEL FOR ELAINE L. CHAO, PLAINTIFF |
| NORTH JERSEY AREA, | |
| Defendant(s). | |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Please take notice that Plaintiff, Elaine L. Chao, substitutes her counsel and attorney of record in this matter.

Former Attorney

CHRISTOPHER J. CHRISTIE
United States Attorney
MICHAEL A. CHAGARES
Assistant U.S. Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. (973) 645-2839
Fax. (973) 297-2010
email: Michael.Chagares@usdoj.gov
MC5483

is no longer her attorney in this matter.

Plaintiff, Elaine L. Chao's, new counsel, in this matter, and attorney of record on whom all notices and papers may be served is:

New Attorney

CHRISTOPHER J. CHRISTIE
United States Attorney
SUSAN J. STEELE
Assistant U.S. Attorney
Chief, Civil Division
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. (973) 645-2920
Fax. (973) 297-2010
email: susan.steele@usdoj.gov
SS7042

Substitution Based on Consent

The undersigned consent to the substitution and certify that this substitution will not delay the proceedings in this matter.

CHRISTOPHER J. CHRISTIE
United States Attorney

s/ Michael A. Chagares
By: _____
MICHAEL A. CHAGARES
Assistant U.S. Attorney

CHRISTOPHER J. CHRISTIE
United States Attorney

By: *Susan Steele*
SUSAN J. STEELE
Assistant U.S. Attorney
Chief, Civil Division